UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ARTHUR FUNCHESS**                              **CIVIL ACTION**

**VERSUS**                                       **NO: 14-2105**

**HOWARD PRINCE**                                **SECTION: "H"(2)**

## ORDER

On February 25, 2016, this Court issued an order finding that Petitioner is entitled to habeas relief and ordering supplemental briefing on what relief should be granted (Doc. 21). The Court has reviewed the supplemental briefing of both parties (Docs. 26, 27)

Accordingly;

**IT IS ORDERED** that Arthur Funchess's Petition for a Writ of Habeas Corpus is **GRANTED**.

**IT IS FURTHER ORDERED** that the state trial court shall hold a hearing on Petitioner's Motion to Correct Illegal Sentence consistent with *Miller*, *Montgomery*, and this Court's opinion. Petitioner shall be released if no such hearing is held within 90 days of this Order.

New Orleans, Louisiana this 5th day of April, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**